UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22901-CIV-GAYLES/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

THUNDERBIRD POWER CORP.,
RICHARD HINDS, ANTHONY GOLDSTEIN,
and JOHN ALEXANDER VAN AREM,

    Defendants.
_____/

## NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

THIS CAUSE came before the undersigned for a Settlement Conference held on August 31, 2021, pursuant to the Court's Order Referring Case for Settlement Conference, issued by the Honorable Darrin P. Gayles [D.E. 84]. The undersigned is pleased to report that Plaintiff Securities and Exchange Commission ("SEC") and Defendant Richard Hinds ("Hinds") have reached a partial settlement as to nonmonetary terms. The parties will continue to negotiate in an effort to reach agreement as to monetary terms, with the undersigned's assistance by way of a continued Settlement Conference, if needed. The parties contemplate filing a joint motion to remove the case from the trial docket pending those additional settlement efforts.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of August, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record